# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RITA V. BLACKMON, | : |
| Plaintiff, | : |
| vs. | : CA 17-0542-MU |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | : |
| | : |
| Defendant. | |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be affirmed.

**DONE** this the 7th day of August, 2018.

        s/P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**